| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S C app §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  ROBERTS, RICHARD W. | 2. Court or Organization  U.S. DISTRICT COURT , D.D.C. | 3. Date of Report  08/07/2009 |
| 4 Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  U.S DISTRICT COURT 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. POWER OF ATTORNEY | WACHOVIA ACCOUNTS 1+2 ( ENDED 8/05/08 ) |
| 2. CO-PERSONAL REPRESENTATIVE | ESTATE #2 ( CLOSED 5/02/08 ) |
| 3 | |
| 4 | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 AUG 14 A 11: 04 RECEIVED

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 9 | Name of Person Reporting<br><br>ROBERTS, RICHARD W. | Date of Report<br><br>08/07/2009 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2008 | ████ |
| 2 | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. HARVARD LAW SCHOOL | JAN 14 - 18, SEP 15 -18 | CAMBRIDGE, MA | GUEST FACULTY | TRANSPORTATION, SOME MEALS, OTHERS MEALS AND LODGING PROVIDED. |
| 2 AMERICAN BAR ASS'N. | MAR. 5 - 6 | MIAMI, FL | PANELIST | TRANSPORTATION, MEAL, AND LODGING. |
| 3. NEW YORK INTELLECTUAL PROPERTY LAWYERS ASSN. | MAR. 28 - 29 | NEW YORK, NY | FED. JUDIC. DINNER | TRANSPORTATION. MEALS, AND LODGING PROVIDED. |
| 4. D C. BAR | DEC. 9 | WASHINGTON DC | CLE LECTURER | PARKING |
| 5 JTBF CONFERENCE | SEPT 25 - 28 | WASHINGTON DC | CONFERENCE | LODGING AND TRANSPORTATION. |

| FINANCIAL DISCLOSURE REPORT<br>Page 3 of 9 | Name of Person Reporting<br><br>ROBERTS, RICHARD W. | Date of Report<br><br>08/07/2009 |
|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. JAMES DEGRAFFENREIDT | FOUR TICKETS TO GAME AT VERIZON CENTER | $620 00 |
| 2. THE HISTORY MAKERS | TWO TICKETS TO TAPING OF TV INTERVIEW OF DICK PARSONS | $2,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNTS | D | Interest | N | T | | | | | |
| 2. CITIBANK ACCOUNTS | D | Interest | N | T | | | | | |
| 3. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. SMALL CLAIMS JUDGMENT AGAINST JOHN BOWEN | | None | J | T | | | | | |
| 5. SUNTRUST BANK (IRA) (2CDS) | A | Interest | K | T | | | | | |
| 6. SMITH BARNEY (IRA) (TREASURY COUPON BOND) | A | Int./Div. | | | Transferred (to line 53) | 10/15 | K | | |
| 7. PRUDENTIAL RETIREMENT KEOGH: THORNBURG INTL FUND | A | Int./Div. | | | Closed | 11/03 | K | | |
| 8. PRUDENTIAL RETIREMENT KEOGH: AMERICAN FNDS GROWTH FND OF AMB | A | Int./Div. | | | Closed | 11/03 | K | | |
| 9. PRUDENTIAL RETIREMENT KEOGH: FIDELITY CONTRAFUND | A | Int./Div. | | | Closed | 11/03 | M | | |
| 10. PRUDENTIAL RETIREMENT KEOGH: GUAR INCOME FUND | A | Int./Div. | | | Closed | 11/03 | L | | |
| 11. PRUDENTIAL RETIREMENT KEOGH: DAVIS NY VENTURE FND | A | Int./Div | | | Closed | 11/03 | L | | |
| 12. PRUDENTIAL RETIREMENT: INV SMALL CAP | A | Int./Div. | | | Closed | 11/03 | K | | |
| 13. PRUDENTIAL RETIREMENT 401(K) (IRA) DAVIS NY VENTURES FND | A | Int./Div. | | | Closed | 11/03 | K | | |
| 14. PRUDENTIAL RETIREMENT: 401(K) (IRA) FIDELITY CONTRAFUND | A | Int./Div. | | | Closed | 11/03 | L | | |
| 15. PRUDENTIAL RETIREMENT: 401(K) (IRA): GROWTH INV SM COMP | A | Int./Div | | | Closed | 11/03 | K | | |
| 16. PRUDENTIAL RETIREMENT: 401(K) (IRA): PIMCO | A | Int./Div. | | | Closed | 11/03 | K | | |
| 17. ████████████████: ████ | A | Int./Div. | | | Closed | 10/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | -08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ▮▮▮401(K) (FIDELITY) | C | Int./Div | M | T | | | | | |
| 19. FEDERATED CAPITAL RESERVES | A | Dividend | J | T | | | | | |
| 20. PRUDENTIAL RETIREMENT. 401 (K) (I RA) THORNBURG INTL FND | A | Int./Div. | | | Closed | 11/03 | J | | |
| 21. FIDELITY INVESTMENTS ▮▮▮ | A | Dividend | | | Closed | 10/27 | M | | |
| 22. VCSP COLLEGE AMERICA | | None | M | T | | | | | |
| 23. NUVEEN MULTI-STRATEGY + INC. | A | Dividend | J | T | | | | | |
| 24. WACHOVIA ACCOUNT #1 (POA) | A | Interest | | | Expired | 8/05 | K | | |
| 25. WACHOVIA ACCOUNT #2 (POA) | A | Interest | | | Expired | 8/05 | J | | |
| 26. | | | | | | | | | |
| 27. ESTATE #2. PROPERTY #2 COLUMBIA, SC | | None | | | Closed | 5/02 | K | | HEIRS |
| 28. ESTATE #2. COPYRIGHT | A | Royalty | | | Closed | 5/02 | J | | HEIRS |
| 29. ESTATE #2. PHOTO NEGATIVES | | None | | | Closed | 5/02 | K | | HEIRS |
| 30. ▮▮▮EMPLOYEE STOCK OPTIONS | C | Dividend | L | W | GRANT | 2/08 | J | | |
| 31. ▮▮▮STOCK & RESTRICTED STOCK | | None | M | W | GRANT | 3/26 | K | | |
| 32. WACHOVIA ESTATE #2 ACCOUNT | A | Interest | J | T | | | | | |
| 33. BANK OF AMERICA ACCOUNT | A | Interest | | | Closed | 7/14 | K | | |
| 34. WACHOVIA ACCOUNTS #3 | B | Interest | L | T | Open | 7/12 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C=$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L=$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CAPITAL WORLD GR + INC FND | A | Dividend | J | T | Open | 3/18 | J | | |
| 36. WASHINGTON MUT. INVR FND | A | Dividend | J | T | Open | 3/18 | J | | |
| 37. EUROPACIFIC GR. FND | A | Dividend | J | T | Open | 3/18 | J | | |
| 38. | | | | | | | | | |
| 39. EUROPACIFIC GROWTH FUND (RJ IRA) | B | Int./Div. | K | T | Buy | 11/4 | K | | |
| 40. FIDELITY ADVISOR NEW INSIGHTS (RJ IRA) | A | Int./Div. | L | T | Buy | 11/4 | L | | |
| 41. FRANKLIN STRATEGIC INCOME (RJ IRA) | B | Int./Div. | L | T | Buy | 11/4 | L | | |
| 42. SHARES BARCLAYS TIP (RJ IRA) | | None | K | T | Buy | 11/4 | K | | |
| 43. SHARES BARCLAYS 1-3 YEAR TREASURY (RJ IRA) | A | Int./Div. | K | T | Buy | 11/4 | K | | |
| 44. SHARES MSCI EAFE (RJ IRA) | A | Int./Div. | K | T | Buy | 11/4 | K | | |
| 45. JP MORGAN VALUE ADVANTAGE (RJ IRA) | B | Int./Div. | L | T | Buy | 11/5 | L | | |
| 46. VANGUARD TOTAL STOCK MARKET (RJ IRA) | A | Int./Div. | L | T | Buy | 11/4 | L | | |
| 47. MORGAN STANLEY CD (RJ IRA) | | None | K | T | Buy | 12/19 | K | | |
| 48. MERRILL LYNCH CD (RJ) | | None | L | T | Buy | 10/24 | L | | |
| 49. ███████████ (RJ) | | None | K | T | Buy | 10/28 | M | | |
| 50. | | | | | | | | | |
| 51. CASH ACCOUNT (RJ IRA) | A | Int./Div | J | T | Buy | 10/15 | N | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 7 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    CASH ACCOUNT (RJ) | A | Dividend | J | T | Buy | 10/15 | L | | |
| 53.    US TREASURY STRIP (RJ IRA) | | None | K | T | Transferred (from line 6) | 10/15 | K | | |
| 54 | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S =Assessment | T –Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 8 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII 6-17, 20, 21. THESE SMITH BARNEY, CHARLES SCHWAB, AND PRUDENTIAL RETIREMENT INVESTMENTS WERE ROLLED OVER INTO RAYMOND JAMES IRA.

VII. 23. THIS FUND HAS BEEN MISTAKENLY DESCRIBED AS PPD STOCK.

VII 24 AND 25. WACHOVIA ACCOUNTS # 1 AND # 2; THE P O A. HAS EXPIRED.

VII 27, 28, 29. ESTATE # 2 WAS CLOSED ON 5/02/2008.

VII. 30. THIS INVESTMENT REFLECTS STOCK OPTIONS THAT WERE GRANTED IN FEBRUARY 08, 2008 AND DECEMBER 31, 2008 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK OPTIONS OWNED AS OF DECEMBER 31, 2008.

VII. 31. THIS INVESTMENT REFLECTS STOCK THAT WAS GRANTED IN MARCH 26, 2008 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK ( NOT OTHERWISE REPORTED HEREIN) OWNED AS OF DECEMBER 31, 2008.

VII. 32. WACHOVIA ESTATE #2 ACCOUNT. ESTATE IS CLOSED BUT DISTRIBUTION OF THIS ASSET HAS BEEN POSTPONED.

VII. 39-53. "RJ" STANDS FOR RAYMOND JAMES

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544